**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 30, 2009**

Ms. Sara Rogers
Attorney at Law
Post Office Box 5545
West Memphis, AR 72303-5545

    Re: *Williams v. Recon Trust Company NA, et al.*, 3:09-CV-00180-WRW

Dear Counsel:

I have received Defendants' Motion to Dismiss or For a More Definite Statement,[1] which was filed on November 9, 2009.

I assume that since you have not filed a response,[2] you agree with Defendants' position. If you choose not to respond by 5:00 p.m., Monday, December 7, 2009, I will grant the motion.

                                                   Cordially,

                                                 /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 22.

[2] The response was due on Monday, November 23, 2009.