# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

APRIL L. WILLIAMS                                                                                   PLAINTIFF

vs.                                         3:09CV00180-WRW

RECONTRUST COMPANY, N.A., et al.                                                     DEFENDANTS

## ORDER

On January 13, 2010, I granted Defendants' Motion for a More Definite Statement, and ordered Plaintiff to supply a more definite statement in an amended complaint by January 27, 2010 (Doc. No. 38). Plaintiff has not filed an amended complaint. For the reasons stated in my Order of January 13, 2010, and under Federal Rules of Civil Procedure Rule 12(b)(6), Rule 9, and Rule 8(a)(2), Plaintiff's Complaint is DISMISSED with prejudice as to all Defendants.

IT IS SO ORDERED this 16th day of February, 2010.

                                               /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE