# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**APRIL L. WILLIAMS**                                                                                       **PLAINTIFF**

**vs.**                         **3:09CV00180-WRW**

**RECONTRUST COMPANY, N.A., et al.**                                **DEFENDANTS**

## JUDGMENT

Based on the Order entered this date , this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of February, 2010.

                                                      /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE